```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES CERRUTI,                                              :
                                                            :
                         Plaintiff,                         :    09 Civ. 10009 (SHS) (DF)
                                                            :
                -against-                                   :    **SCHEDULING ORDER**
                                                            :
VIVALDI PARTNERS, INC.,                                     :
                                                            :
                         Defendant.                         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a case management conference with counsel for the parties on March 26, 2010; and the parties having then submitted to the Court a jointly-proposed Scheduling Order; and the Court having reviewed and considered that proposed Order; it is hereby ORDERED that:

1. To the extent not already made, the parties shall make their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than April 23, 2010.

2. The parties shall serve initial interrogatories and document requests no later than April 30, 2010.

3. Any motions to amend the pleadings or for joinder of additional parties shall be filed no later than August 1, 2010.

4. All fact discovery in this action shall be completed no later than September 30, 2010.

5. Expert discovery in this matter shall be governed by the following schedule:

    a. Expert reports shall be served no later than September 30, 2010.

   b.  Rebuttal reports shall be served no later than October 29, 2010.

   c.  All expert discovery in this matter shall be completed by November 30, 2010.

6.  The parties shall participate in a follow-up telephone conference call with this Court on May 20, 2010, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
   April 19, 2010

             SO ORDERED

             _____
             DEBRA FREEMAN
             United States Magistrate Judge

Copies mailed to:

James A. Batson, Esq.
David Harris Feldstein, Esq.
Liddle & Robinson, LLP
800 Third Avenue, 8th Floor
New York, NY 10022

Cara Ann Ceraso, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601

Daniel Adam Schwartz, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3711

2